**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:         service@the702firm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHELSEA ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL DURMEIER,<br><br>        Plaintiffs,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, a subdivision of the STATE OF NEVADA; DEPARTMENT OF PUBLIC SAFETY, DIVISION OF NEVADA HIGHWAY PATROL, a political subdivision of the STATE OF NEVADA; BUREAU OF LAND MANAGEMENT, a political subdivision of the STATE OF NEVADA;  NYE COUNTY DEPUTY BREANNA NELSON; BUREAU OF LANDMANAGEMENT OFFICER RYAN GALLAGHER; NYE COUNTY LIEUTENANT ALAN W. SCHRIMPF;  NYE COUNTY DETECTIVE BROOKE GENTRY; NYE COUNTY DEPUTY MICHAEL MOKESKI;  NYE COUNTY TRAINEE ISAAC CHAMPLIN; NYE COUNTY DETECTIVE DANIEL FISCHER; NEVADA HIGHWAY PATROL TROOPER LUKE STANG; NYE COUNTY, a County of State of Nevada; DOE OFFICERS, AGENTS, or the like I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,  ROE AGENCIES OR POLITICAL SUBDIVISIONS I -X,<br><br>        Defendants. | Case No.: 2:22-cv-00398-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT LUKE STANG AND THE NEVADA HIGHWAY PATROL'S MOTION TO DISMISS THE AMENDED COMPLAINT IN PART** |

1    IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs, CHELSEA
2 ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent
3 and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the
4 parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL
5 DURMEIER, by and through their undersigned counsel, THE 702 FIRM, and Defendants,
6 LUKE STANG and THE NEVADA HIGHWAY PATROL, by and through their undersigned
7 counsel of record, OFFICE OF THE ATTORNEY GENERAL, that the briefing schedule,
8 regarding Defendants Luke Stang and The Nevada Highway Patrol's Motion To Dismiss The
9 Amended Complaint In Part.
10    The parties, through their undersigned counsel, hereby stipulate and agree as follows:
11    WHEREAS, on March 25, 2022, Defendants Luke Stang and The Nevada Highway
12 Patrol filed their Motion to Dismiss the Amended Complaint in Part ("Motion");
13    Plaintiffs' undersigned counsel requested additional time to prepare their opposition to
14 Defendants' Motions from Defendants and Defendants agreed;
15    NOW, therefore, the parties hereby STIPULATE that Plaintiffs' Opposition to
16 Defendants Luke Stang and The Nevada Highway Patrol's Motion to Dismiss the Amended
17 Complaint in Part will be due April 22, 2022 and Defendants' Reply will be due May 6, 2022.
18 ///
19 ///
20 ///
21 ///

**IT IS SO STIPULATED**.

DATED this 1st day of April, 2022.

**THE702FIRM**

*/s/ Michael Kane*
_____
MICHAEL C. KANE. ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
400 S. 7th Street, Suite/Floor 4
Las Vegas, Nevada 89101
E-Mail:      service@the702firm.com
*Attorneys for Plaintiffs*

DATED this 1st day of April, 2022.

**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Jared Frost*
_____
AARON D. FORD
Attorney General
JARED M. FROST, ESQ.
Nevada Bar No. 11132
Senior Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants Nevada Highway Patrol and Nevada Highway Patrol Trooper Luke Stang*

DATED this 1st day of April, 2022.

**THE SIMON LAW GROUP**

*/s/ Greyson Goody*
_____
GREYSON M. GOODY, ESQ.
California Bar No. 292527
*(admitted pro hac vice)*
34 Hermosa Avenue
Hermosa Beach, CA 90254
*Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED this 5th day of   April         , 2022.

_____
RICHARD E. BOULWARE, II
United States District Court