**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:       service@the702firm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHELSEA ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL DURMEIER,<br><br>         Plaintiffs,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, a subdivision of the STATE OF NEVADA; DEPARTMENT OF PUBLIC SAFETY, DIVISION OF NEVADA HIGHWAY PATROL, a political subdivision of the STATE OF NEVADA; BUREAU OF LAND MANAGEMENT, a political subdivision of the STATE OF NEVADA;  NYE COUNTY DEPUTY BREANNA NELSON; BUREAU OF LANDMANAGEMENT OFFICER RYAN GALLAGHER; NYE COUNTY LIEUTENANT ALAN W. SCHRIMPF;  NYE COUNTY DETECTIVE BROOKE GENTRY; NYE COUNTY DEPUTY MICHAEL MOKESKI;  NYE COUNTY TRAINEE ISAAC CHAMPLIN; NYE COUNTY DETECTIVE DANIEL FISCHER; NEVADA HIGHWAY PATROL TROOPER LUKE STANG; NYE COUNTY, a County of State of Nevada; DOE OFFICERS, AGENTS, or the like I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,  ROE AGENCIES OR POLITICAL SUBDIVISIONS I -X,<br><br>         Defendants. | Case No.: 2:22-cv-00398-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT NYE COUNTY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs, CHELSEA ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL DURMEIER, by and through their undersigned counsel, THE 702 FIRM, and Defendant, NYE COUNTY'S, by and through their undersigned counsel of record, MESSNER REEVES LLP, that the briefing schedule, regarding Defendant Nye County's Motion to Dismiss for Failure to State a Claim.  The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 25, 2022, Defendant filed their Motion to Dismiss for Failure to State a Claim ("Motion");

Plaintiffs' undersigned counsel requested additional time to prepare their opposition to Defendant's Motions from Defendant and Defendant agreed;

NOW, therefore, the parties hereby STIPULATE that Plaintiffs' Opposition to Defendant Nye County's Motion to Dismiss for Failure to State a Claim will be due April 22, 2022 and Defendant's Reply will be due May 6, 2022.

**IT IS SO STIPULATED**.

| DATED this 1st day of April, 2022. | DATED this 1st day of April, 2022. |
|---|---|
| **THE702FIRM** | **MESSNER REEVES LLP** |
| */s/ Michael Kane* | */s/ Chelsey Gonzalez* |
| _____ | _____ |
| MICHAEL C. KANE. ESQ.<br>Nevada Bar No.: 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No.: 8857<br>400 S. 7th Street, Suite/Floor 4<br>Las Vegas, Nevada 89101<br>E-Mail:      service@the702firm.com<br>*Attorneys for Plaintiffs* | MICHAEL M. EDWARDS, ESQ.<br>Nevada Bar No. 6281<br>CHELSEY B. GONZALEZ, ESQ.<br>Nevada Bar No. 15736<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>E-Mail: medwards@messner.com<br>E-Mail: cgonzalez@messner.com<br>*Attorneys for Defendants Nye County<br>and the Nye County Sheriff's Office* |

DATED this 1st day of April, 2022.

**THE SIMON LAW GROUP**

*/s/ Greyson Goody*
_____
GREYSON M. GOODY, ESQ.
California Bar No. 292527
*(admitted pro hac vice)*
34 Hermosa Avenue
Hermosa Beach, CA 90254
*Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED this 5th day of April, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court