**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:      service@the702firm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHELSEA ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL DURMEIER, <br><br>         Plaintiffs, <br>vs. <br><br>NYE COUNTY SHERIFF'S OFFICE, a subdivision of the STATE OF NEVADA; DEPARTMENT OF PUBLIC SAFETY, DIVISION OF NEVADA HIGHWAY PATROL, a political subdivision of the STATE OF NEVADA; BUREAU OF LAND MANAGEMENT, a political subdivision of the STATE OF NEVADA;  NYE COUNTY DEPUTY BREANNA NELSON; BUREAU OF LANDMANAGEMENT OFFICER RYAN GALLAGHER; NYE COUNTY LIEUTENANT ALAN W. SCHRIMPF;  NYE COUNTY DETECTIVE BROOKE GENTRY; NYE COUNTY DEPUTY MICHAEL MOKESKI;  NYE COUNTY TRAINEE ISAAC CHAMPLIN; NYE COUNTY DETECTIVE DANIEL FISCHER; NEVADA HIGHWAY PATROL TROOPER LUKE STANG; NYE COUNTY, a County of State of Nevada; DOE OFFICERS, AGENTS, or the like I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,  ROE AGENCIES OR POLITICAL SUBDIVISIONS I -X, <br><br>         Defendants. | Case No.: 2:22-cv-00398-RFB-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT NYE COUNTY OFFICERS' MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs, CHELSEA ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL DURMEIER, by and through their undersigned counsel, THE 702 FIRM, and Defendants, BREANNA NELSON, ALAN W. SCHRIMPF, BROOKE GENTRY, MICHAEL MOKESKI, ISAAC CHAMPLIN, AND DANIEL FISCHER, by and through their undersigned counsel of record, MARQUIS AURBACH, that the briefing schedule, regarding Defendants Breanna Nelson, Alan W. Schrimpf, Brooke Gentry, Michael Mokeski, Isaac Champlin, and Daniel Fischer's Motion to Dismiss.  The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 25, 2022, Defendants Breanna Nelson, Alan W. Schrimpf, Brooke Gentry, Michael Mokeski, Isaac Champlin, and Daniel Fischer's filed their Motion to Dismiss ("Motion");

Plaintiffs' undersigned counsel requested additional time to prepare their opposition to Defendants' Motions from Defendants and Defendants agreed;

NOW, therefore, the parties hereby STIPULATE that Plaintiffs' Opposition to Defendants Breanna Nelson, Alan W. Schrimpf, Brooke Gentry, Michael Mokeski, Isaac Champlin, and Daniel Fischer's Motion to Dismiss will be due April 22, 2022 and Defendants' Reply will be due May 6, 2022.

///

///

///

///

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this *6th* day of April, 2022. | DATED this *6th* day of April, 2022. |
| **THE702FIRM** | **MARQUIS AURBACH** |
| */s/ Michael Kane* | */s/ Susan Gillespie* |
| _____ | _____ |
| MICHAEL C. KANE. ESQ.<br>Nevada Bar No.: 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No.: 8857<br>400 S. 7th Street, Suite/Floor 4<br>Las Vegas, Nevada 89101<br>E-Mail:      service@the702firm.com<br>*Attorneys for Plaintiffs* | BRIAN R. HARDY, ESQ.<br>Nevada Bar No. 10068<br>SUSAN E. GILLESPIE, ESQ.<br>Nevada Bar No. 15227<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>bhardy@maclaw.com<br>sgillespie@maclaw.com<br>*Attorneys for Defendants Breanna Nelson, Alan W. Schrimpf, Brooke Gentry, Michael Mokeski, Isaac Champlin, and Daniel Fischer* |
| DATED this *6th* day of April, 2022. | |
| **THE SIMON LAW GROUP** | |
| */s/ Greyson Goody* | |
| _____ | |
| GREYSON M. GOODY, ESQ.<br>California Bar No. 292527<br>*(admitted pro hac vice)*<br>34 Hermosa Avenue<br>Hermosa Beach, CA 90254<br>*Attorney for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED this 6th  day of    April    , 2022.

_____
RICHARD E. BOULWARE, II
United States District Court