**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com
   Attorneys for Defendants Breanna Nelson, Alan W. Schrimpf, Brooke Gentry, Michael
   Mokeski, Isaac Champlin, and Daniel Fischer

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHELSEA ROBERTS, individually, and as
heir of deceased GEORGIA ELIZABETH
DURMEIER; CHELSEA ROBERTS as the
parent and legal guardian on behalf of
GEORGIA ELIZABETH DURMEIER,
deceased minor child; and CHELSEA
ROBERTS, as the parent and legal guardian
of JACKSON ELIJAH DURMEIER, a minor,
individually and as heir of MICHAEL
DURMEIER,

                                    Plaintiffs,

        vs.

NYE COUNTY SHERIFF'S OFFICE, a
subdivision of the STATE OF NEVADA;
DEPARTMENT OF PUBLIC SAFETY,
DIVISION OF NEVADA HIGHWAY
PATROL, a political subdivision of the
STATE OF NEVADA; BUREAU OF LAND
MANAGEMENT, a political subdivision of
the STATE OF NEVADA; NYE COUNTY
DEPUTY BREANNA NELSON; BUREAU
OF LAND MANAGEMENT OFFICER
RYAN GALLAGHER; NYE COUNTY
LIEUTENANT ALAN W. SCHRIMPF; NYE
COUNTY DETECTIVE BROOKE
GENTRY; NYE COUNTY DEPUTY
MICHAEL MOKESKI; NYE COUNTY
TRAINEE ISAAC CHAMPLIN; NYE
COUNTY DETECTIVE DANIEL FISCHER;
NEVADA HIGHWAY PATROL TROOPER
LUKE STANG; NYE COUNTY, a County of
State of Nevada; DOE OFFICERS,
AGENTS, or the like I through X, inclusive;
ROE CORPORATIONS I through X,

Case Number:
2:22-cv-00398-RFB-EJY

**STIPULATION AND ORDER TO
EXTEND THE DEADLINE FOR
DEFENDANTS BREANNA NELSON,
ALAN W. SCHRIMPF, BROOKE
GENTRY, MICHAEL MOKESKI,
ISAAC CHAMPLIN, AND DANIEL
FISCHER TO FILE THEIR REPLY TO
PLAINTIFFS' OPPOSITION TO
MOTION TO DISMISS (ECF NO. 26)**

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11779-192 4698300_1 4/27/2022 1:52 PM

inclusive, and ROE AGENCIES OR
POLITICAL SUBDIVISIONS I -X,

Defendants.

Defendants Breanna Nelson, Alan W. Schrimpf, Michael Mokeski, Brooke Gentry, Isaac Champlin, and Daniel Fischer ("Nye County Officers"), by and through their attorneys of record, Marquis Aurbach, and Plaintiffs, by and through their attorneys of record, Michael C. Kane, Esq. of The702Firm, hereby submit this Stipulation and Order to Extend the Deadline for the Nye County Officers to file their Reply to Plaintiffs' Opposition to Motion to Dismiss. (ECF No. 26).

I.    **PROCEDURAL HISTORY**

1.     On March 25, 2022, the Nye County Officers filed their Motion to Dismiss. (ECF No. 13)

2.     On April 22, 2022, the Plaintiffs filed their Opposition to the Nye County Officers' Motion to Dismiss.  (ECF No. 26)

3.     The Nye County Officers' Reply to Plaintiffs' Opposition is currently due April 29, 2022.

4.     The Nye County Officers respectfully request, and Plaintiffs do not oppose, a one (1) week extension to file their Reply brief.

///

///

///

///

///

///

///

///

///

///

MAC:11779-192 4698300_1 4/27/2022 1:52 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

II.      **STIPULATION AND ORDER**

Based upon the above, the parties hereby STIPULATE TO THE FOLLOWING:

1.      The Nye County Officers' Reply to Plaintiffs' Opposition to Motion to Dismiss would be extended from April 29, 2022 to May 6, 2022.

IT IS SO STIPULATED this 27th day of April, 2022.

MARQUIS AURBACH                                    THE702FIRM

By: *s/Susan E. Gillespie*                              By: *s/Michael C. Kane*
   Susan E. Gillespie, Esq.                                 Michael C. Kane, Esq.
   Nevada Bar No. 15227                                     Nevada Bar No. 10096
   10001 Park Run Drive                                     400 South 7th Street, Ste. 400
   Las Vegas, Nevada 89145                                 Las Vegas, Nevada 89101
   Attorney for Nye County Officers                         Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED this ___ day of April, 2022 that the Nye County Officers' Reply to Plaintiffs' Opposition to Motion to Dismiss is extended from April 29, 2022 to May 6, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Court**

DATED this 1st day of May, 2022.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11779-192 4698300_1 4/27/2022 1:52 PM