MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
DEREK R. NOACK, ESQ.
Nevada Bar No. 15074
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-Mail: medwards@messner.com
E-Mail: dnoack@messner.com
*Attorneys for Defendant, Nye County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELSEA ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL DURMEIER,<br><br>Plaintiff,<br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, a subdivision of the STATE OF NEVADA; DEPARTMENT OF PUBLIC SAFETY, DIVISION OF NEVADA HIGHWAY PATROL, a political subdivision of the STATE OF NEVADA; BUREAU OF LAND MANAGEMENT, a political subdivision of the STATE OF NEVADA; NYE COUNTY DEPUTY BREANNA NELSON; BUREAU OF LANDMANAGEMENT OFFICER RYAN GALLAGHER; NYE COUNTY LIEUTENANT ALAN W. SCHRIMPF; NYE COUNTY DETECTIVE BROOKE GENTRY; NYE COUNTY DEPUTY MICHAEL MOKESKI; NYE COUNTY TRAINEE ISAAC CHAMPLIN; NYE COUNTY DETECTIVE DANIEL FISCHER; NEVADA HIGHWAY PATROL TROOPER LUKE STANG; NYE COUNTY, a County of State of Nevada; DOE OFFICERS, AGENTS, or the like I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, ROE AGENCIES OR POLITICAL SUBDIVISIONS I -X,<br><br>Defendants. | Case No.: 2:22-cv-00398-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT NYE COUNTY TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO NYE COUNTY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (ECF NO. 28)** |

{06317976 / 1}

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, CHELSEA ROBERTS, et al., and Defendant, NYE COUNTY, through their undersigned attorneys of record, and representation having been made, hereby submit this Stipulation and Order to Extend the Deadline for Nye County to file there Reply to Plaintiffs' Opposition to Nye County's Motion to Dismiss for Failure to State a Claim (ECF No. 28).

## I. **PROCDEURAL HISTORY**

1. On March 25, 2022, Nye County filed their Motion to Dismiss for Failure to State a Claim. (ECF No. 15)

2. On April 22, 2022, Plaintiffs filed their Opposition to Nye County's Motion to Dismiss for Failure to State a Claim. (ECF No. 30)

3. Nye County's Reply to Plaintiffs' Opposition is currently due on April 29, 2022.

4. Nye County respectfully requests, and Plaintiffs do not oppose, a one (1) week extension to file their Reply brief.

## II. **STIPULATION AND ORDER**

Based upon the above, the parties hereby STIPULATE TO THE FOLLOWING:

1. Nye County's Reply to Plaintiffs' Opposition to Motion to Dismiss would be extended from April 29, 2022 to May 6, 2022.

**IT IS SO STIPULATED.**

DATED this 28th day of April 2022.                    DATED this 28th day of April 2022.

MESSNER REEVES LLP                                     THE702FIRM

*/s/ Michael M. Edwards*                               */s/ Zachary W. Livingston*

Michael M. Edwards, Esq.                               Michael C. Kane, Esq.
Nevada Bar No. 6281                                    Nevada Bar No. 10096
Derek R. Noack, Esq.                                   Bradley J. Myers, Esq.
Nevada Bar No. 15074                                   Nevada Bar No. 8857
8945 West Russell Road, Suite 300                      Zachary W. Livingston, Esq.
Las Vegas, Nevada 89148                                Nevada Bar No. 15954
*Attorneys for Defendant*                              400 South 7th Street, #400
*Nye County*                                           Las Vegas, NV 89101
                                                       *Attorneys for Plaintiffs*

*Roberts, et v. Nye County, et al*
*Stipulation and Order to Extend Deadline*
*To File Reply to Plaintiff' Opposition*
*Case No.: 2:22-cv-00398-RFB-EJY*

## ORDER

IT IS SO ORDERED this _____ day of April, 2022 that Nye County's Reply to Plaintiffs' Opposition to Motion to Dismiss is extended from April 29, 2022 to May 6, 2022.

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 1st day of May, 2022.

# CERTIFICATE OF SERVICE

I certify that I am an employee of Messner Reeves LLP, and that on April 28, 2022, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT NYE COUNTY TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO NYE COUNTY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (ECF NO. 28)**

to all parties on file:

Michael C. Kane, Esq.
Bradley J. Myers, Esq.
THE702FIRM
400 South 7th Street, #400
Las Vegas, NV 89101

and

Greyson M. Goody, Esq.
The Simon Law Group
34 Hermosa Avenue
Hermosa Beach, CA 90254

*Attorneys for Plaintiffs*

Aaron D. Ford
Attorney General
Jared M. Frost
Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
E-Mail: jfrost@ag.nv.gov
*Attorneys for Defendants*
*Nevada Highway Patrol and*
*Nevada Highway Patrol Trooper Luke Stang*

Brian R. Hardy, Esq.
Marquis Aurbach, Chtd.
10001 Park Run Drive
Las Vegas, NV 89145
bhardy@maclaw.com
*Attorney for Defendants,*
*Breanna Nelson;*
*Alan W. Schrimpf;*
*Brooke Gentry;*
*Michael Mokeski;*
*Isaac Champlin; and*
*Daniel Fischer;*

```
[ ]    Hand Delivery
[ ]    FACSIMILE TRANSMISSION
[ ]    U.S. MAIL, POSTAGE PREPAID
[X]    CM/ECF E-Filing Service System
[ ]    Electronic Mail
```

    I declare under penalty of perjury under the laws of the States of Nevada that the foregoing is true and correct.

                                                  */s/ Laurie Moreno*
                                                  An employee of MESSNER REEVES, LLP