MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
STEPHANIE BEDKER, ESQ.
Nevada Bar No. 14169
**FREEMAN MATHIS & GARY, LLP**
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
Tel.:  725.258.7360
Fax:  833.336.2131
Michael.Edwards@fmglaw.com
Stephanie.Bedker@fmglaw.com
*Attorneys for Defendants Nye County
and Nye County Sheriff's Office*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELSEA ROBERTS, individually, and as heir of deceased G.E.D.; CHELSEA ROBERTS as the parent and legal guardian on behalf of G.E.D., deceased minor child; CHELSEA ROBERTS, as the parent and legal guardian of J.E.D., a minor, individually and as heir of MICHAEL DURMEIER,<br><br>        Plaintiff,<br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, a subdivision of the STATE OF NEVADA; DEPARTMENT OF PUBLIC SAFETY, DIVISION OF NEVADA HIGHWAY PATROL, a political subdivision of the STATE OF NEVADA; BUREAU OF LAND MANAGEMENT, a political subdivision of the STATE OF NEVADA; NYE COUNTY DEPUTY BREANNA NELSON; BUREAU OF LAND MANAGEMENT OFFICER RYAN GALLAGHER; NYE COUNTY LIEUTENANT ALAN W. SCHRIMPF; NYE COUNTY DETECTIVE BROOKE GENTRY; NYE COUNTY DEPUTY MICHAEL MOKESKI; NYE COUNTY TRAINEE ISAAC CHAMPLIN; NYE COUNTY DETECTIVE DANIEL FISCHER; NEVADA HIGHWAY PATROL TROOPER LUKE STANG; NYE COUNTY, a County of State of Nevada; DOE OFFICERS, AGENTS, or the like I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, ROE AGENCIES OR POLITICAL SUBDIVISIONS I -X,<br><br>        Defendants. | Case No.: 2:22-cv-00398-RFB-EJY<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS NYE COUNTY AND NYE COUNTY SHERIFF'S OFFICE** |

1

**SUBSTITUTION OF COUNSEL FOR DEFENDANTS NYE COUNTY AND NYE COUNTY SHERIFF'S OFFICE**

Defendants NYE COUNTY and NYE COUNTY SHERIFF'S OFFICE hereby substitute the law firm of FREEMAN MATHIS & GARY LLP, as its attorney of record in the above-referenced matter in the place and stead of MESSNER REEVES LLP as counsel of record for Defendants NYE COUNTY and NYE COUNTY SHERIFF'S OFFICE in the above-entitled matter.

DATED this 6th day of February 2023.

*/s/Timothy Sutton*
*Timothy Sutton*
*Authorized Representative for Defendants Nye County and Nye County Sheriff's Office*

The law firm of MESSNER REEVES LLP hereby acknowledges the substitution of the law firm of FREEMAN MATHIS & GARY LLP as attorneys of record for Defendants NYE COUNTY and NYE COUNTY SHERIFF'S OFFICE in the above-entitled matter.

DATED this 6th day of February 2023.

*/s/Renee Finch*
Renee Finch, Esq.
Nevada Bar No. 13118
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148

MICHAEL M. EDWARDS, ESQ of FREEMAN MATHIS & GARY LLP hereby consents to the representation of Defendants NYE COUNTY and NYE COUNTY SHERIFF'S OFFICE in the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

above-referenced matter, in the place and stead of MESSNER REEVES LLP.

DATED this 6th day of January 2023.

> FREEMAN MATHIS & GARY, LLP
>
> */s/Michael M. Edwards*
> MICHAEL M. EDWARDS ESQ.
> Nevada Bar No. 6281
> 3993 Howard Hughes Pkwy., Suite 100
> Las Vegas, Nevada  89169
> *Attorney for Defendants NYE COUNTY AND NYE COUNTY SHERIFF'S OFFICE*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 9, 2023