AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
Facsimile: (702) 486-3773
E-Mail: jfrost@ag.nv.gov

*Attorneys for Defendant Department of Public Safety, Division of Nevada Highway Patrol, and Luke Stang*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA ROBERTS, et al.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NYE COUNTY, et al.<br><br>　　　　　　Defendants. | Lead Case No.: 2:22-cv-00398-RFB-EJY<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS NEVADA HIGHWAY PATROL AND LUKE STANG**<br><br>**CONSOLIDATED WITH:**<br><br>Case No.: 2:23-cv-00478-CDS-EJY |
| JOSH MEYERS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, et al.,<br><br>　　　　　　Defendants. | |

**This Document Relates To: Case 2:23-cv-00478-CDS-EJY**

　　　Plaintiffs, by and through their attorneys of record, Boyd B. Moss III, Esq., and Michael C. Kane, Esq., and Defendants Daniel Fischer, Isaac Champlin, Brooke Gentry, Alan W. Shrimpf, Breanna Nelson, Michael Mokeski, Luke Stang, Department of Public Safety, Division of Nevada Highway Patrol (NHP), and Nye County, by and through their

respective counsels, have conferred and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismiss Defendants NHP and Luke Stang from case 2:23-cv-00478 with prejudice, with each party bearing their own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED this 22nd day of December 2023.

/s/ Boyd B. Moss
Boyd B. Moss III, Esq.
Marcus A. Berg, Esq.
John C. Funk, Esq.
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 258-7331
boyd@mossberglv.com
marcus@mossberglv.com
john@mossberglv.com

*Attorneys for Plaintiff Josh Myers*

DATED this 22nd day of December 2023.

/s/ Brian R. Hardy
Brian R. Hardy, Esq.
Jennifer L. Micheli, Esq.
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
bhardy@maclaw.com
jmicheli@maclaw.com

*Attorneys for Defendants Breanna Nelson, Alan W. Schrimpf, Brooke Gentry, Michael Mokeski, Isaac Champlin, and Daniel Fischer*

DATED this 22nd day of December 2023.

/s/ Stephanie Bedker
Michael M. Edwards, Esq.
Stephanie Bedker, Esq.
FREEMAN MATHIS & GARY, LLP
770 E Warm Springs Road, Suite 360
Las Vegas, Nevada 89119
Michael.edwards@fmglaw.com
Stephanie.bedker@fmglaw.com

*Attorneys for Defendant Nye County*

DATED this 22nd day of December 2023.

/s/ Jared M. Frost
Jared M. Frost, (Bar No. 11132)
Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3177
jfrost@ag.nv.gov

*Attorneys for Defendant Department of Public Safety, Division of Nevada Highway Patrol, and Luke Stang*

DATED this 22nd day of December 2023.

/s/ Michael C. Kane
Michael C. Kane, Esq.
Bradley J. Myers, Esq.
The 702Firm
400 South 7th Street, #400
Las Vegas, NV 89101

*Attorneys for Plaintiff Chelsea Roberts*

## ORDER

**IT IS SO ORDERED.** Defendants NHP and Luke Stang are hereby DISMISSED WITH PREJUDICE from Case 2:23-cv-00478.

DATED: December 26, 2023.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE