UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHELSEA ROBERTS, INDIVIDUALLY, AND AS HEIR OF DECEASED G.E.D, A MINOR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NYE COUNTY, *et al.*,<br><br>    Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 2:22-cv-00398-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Take Deposition (ECF No. 126). No response to this Motion was timely filed. Under U.S. District Court for the District of Nevada Local Rule 7-2(d) the Court may treat the failure of non-moving parties to respond to a motion as consent by those parties to grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Take Deposition (ECF No. 126) is GRANTED.

IT IS FURTHER ORDERED that Nevada High Desert State Prison **must** cooperate and make inmate Tyler Charles Kennedy (Offender ID #1259969) reasonably available for deposition, via video, by Plaintiffs' counsel. High Desert State Prison is advised that counsel for all parties may attend the deposition by video-conference and the deposition may last up to seven hours.

Dated this 7th day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE